UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELI KESTELOOT,

     Plaintiff,

                                    Case No. 1:25-cv-92

v.

                                      Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## **ORDER**

Before the Court is Magistrate Judge Ray Kent's report and recommendation (R&R) that the Court affirm the decision of the Commissioner of Social Security in this case.  No party has filed an objection, and the deadline for doing so expired on March 5, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

     **IT IS ORDERED** that the R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

     A judgment will issue in accordance with this Order.

Dated: March 16, 2026                    /s/ Hala Y. Jarbou
                                          HALA Y. JARBOU
                                          CHIEF UNITED STATES DISTRICT JUDGE